UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIA BEHAR,
BOP NO. 61352-19,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

CRIMINAL ACTION NO.
1:09-CR-0454-CAP
CIVIL ACTION NO.
1:11-CV-0633-CAP

# **O R D E R**

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 204]. There are no objections by the movant. Finding no error in the R&R, it is adopted as the opinion and order of this court.

SO ORDERED, this 17th day of October, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge